KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
liser@kwikalaw.com
KRISTEN L. SPANIER (SBN 181074)
kspanier@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone:  (310) 566-9800
Facsimile:  (310) 566-9850

NORTON ROSE FULBRIGHT US LLP
JOHN M. SIMPSON (admitted *pro hac vice*)
john.simpson@nortonrosefulbright.com
MICHELLE C. PARDO (admitted *pro hac vice*)
michelle.pardo@nortonrosefulbright.com
799 9th Street NW
Suite 1000
Washington, DC  20001-4501
Telephone:      (202) 662-0200
Facsimile:       (202) 662-4643

Attorneys for Defendant SeaWorld Parks & Entertainment, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC ANDERSON and ELLEXA CONWAY, on their own behalf and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEAWORLD PARKS AND ENTERTAINMENT, INC.,<br><br>Defendant. | Civil Action No.  3:15-cv-02172 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>**[Fed. R. Civ. P. 9(b), 12(b)(1) and 12(b)(6)]**<br><br>**DATE: OCTOBER 30, 2015**<br>**TIME: 10:00 A.M.**<br>**ROOM: 1, 17TH Floor**<br>**JUDGE: Hon. Samuel Conti** |

## [PROPOSED] ORDER

On October 30, 2015, Defendant SeaWorld Parks and Entertainment, Inc. (Defendant) brought on for hearing Defendant's Motion to Dismiss, which moved for dismissal of all claims set forth in Plaintiffs Marc Anderson and Ellexa Conway's First Amended Class Action Complaint. This motion was brought on the grounds that Plaintiffs failed to plead their claims with the specificity required by Federal Rule of Civil Procedure 9(b), Plaintiffs lack Article III standing to seek injunctive relief, and Plaintiffs failed to state a claim as to which relief could be granted as to each of their three claims.

Having considered the moving and opposing papers, and having heard argument of counsel, and having determined that amendment would be futile, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is GRANTED and Plaintiffs' First Amended Class Action Complaint SHALL BE DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

DATED: _____

_____
The Honorable Samuel Conti
United States District Judge

DOCUMENT PREPARED
ON RECYCLED PAPER