UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC ANDERSON, et al.,

    Plaintiffs,

v.

SEAWORLD PARKS AND ENTERTAINMENT, INC.,

    Defendant.

Case No. 15-cv-02172-JSW

**ORDER CONTINUING HEARING DATE**

Re: Docket No. 55

On October 29, 2015, Plaintiffs filed a motion for reconsideration of the Order denying their motion to remand, issued by the Honorable Samuel Conti. On November 3, 2015, this case was reassigned to the undersigned Judge. On November 6, 2015, Plaintiffs re-noticed their motion for reconsideration for a hearing on December 11, 2015.

The Court HEREBY CONTINUES the hearing to January 15, 2016 at 9:00 a.m. **This Order does not alter the briefing schedule that was triggered by the filing of the motion.** If the Court finds the motion suitable for disposition without oral argument, it will notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: November 10, 2015

_____
JEFFREY S. WHITE
United States District Judge