UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANDERSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SEAWORLD PARKS AND ENTERTAINMENT, INC.,<br><br>　　　　Defendant. | Case No.  15-cv-02172-JSW<br><br>**ORDER SCHEDULING HEARING ON MOTION TO DISMISS**<br><br>Re: Docket No. 43 |

　　Plaintiffs have filed a motion for leave to file a second amended complaint, which is noticed for hearing on June 3, 2016.  In their motion, Plaintiffs represent that Defendant will not consent to amendment.  As such, the Court will be required to resolve Defendant's pending motion to dismiss.  The Court HEREBY sets that motion for hearing on June 3, 2016.  If the Court finds that either motion can be resolved without oral argument, it will notify the parties in advance of the hearing date.

　　**IT IS SO ORDERED.**

Dated: April 8, 2016

_____
JEFFREY S. WHITE
United States District Judge