UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC ANDERSON, et al.,

    Plaintiffs,

v.

SEAWORLD PARKS AND ENTERTAINMENT, INC.,

    Defendant.

Case No. 15-cv-02172-JSW

**ORDER REQUIRING REDLINE VERSION OF SECOND AMENDED COMPLAINT**

The Court HEREBY ORDERS Plaintiffs to file a red-line version of the Second Amended Complaint by no later than May 11, 2016.

**IT IS SO ORDERED.**

Dated: May 6, 2016

_____
JEFFREY S. WHITE
United States District Judge