IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANDERSON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SEAWORLD PARKS AND ENTERTAINMENT, INC.,<br><br>    Defendant.<br>_____/ | No. C 15-02172 JSW<br><br>**ORDER VACATING HEARING ON MOTIONS** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss the first amended complaint and the motion for leave to file second amended complaint which have been noticed for hearing on Friday, June 3, 2016 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: May 23, 2016

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case 4:15-cv-02172-JSW   Document 79   Filed 05/23/16   Page 2 of 2