1

2

3

4                                        UNITED STATES DISTRICT COURT

5                                       NORTHERN DISTRICT OF CALIFORNIA

6

7     MARC ANDERSON, et al.,                              Case No.  15-cv-02172-JSW

8                    Plaintiffs,

9           v.                                            **ORDER REGARDING DEFENDANT'S
                                                          MOTION FOR SUMMARY JUDGMENT**
10    SEAWORLD PARKS AND
      ENTERTAINMENT, INC.,                                Re: Dkt. Nos. 134, 136
11
                     Defendant.
12

13          On October 30, 2017, Defendant filed a motion for summary judgment and a motion for a

14    protective order, in which it seeks to stay discovery pending resolution of the motion for summary

15    judgment.  Each of those motions is noticed for a hearing on December 8, 2017.

16          Under this Court's Civil Standing Orders, "[a]bsent of a showing of good cause, the Court

17    will address only one motion for summary judgment per side."  (Civil Standing Order, ¶ 9.)  The

18    Court issues this Order to advise the parties that it will consider Defendant's motion for summary

19    judgment, if Defendant wishes to proceed with the knowledge that, barring a showing of good

20    cause, each side is only allowed one motion for summary judgment.  Defendant shall file a notice

21    by no later than November 3, 2017, in which it states its position on whether it will proceed with

22    the motion or will withdraw it.

23          **IT IS SO ORDERED.**

24    Dated: October 31, 2017

25    _____

26    JEFFREY S. WHITE
      United States District Judge
27

28