UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**DATE**: February 2, 2018                      Time in Court: 2 hours 11 minutes

**JUDGE: JEFFREY S. WHITE**              **Court Reporter**: Leo Mankiewicz

Courtroom Deputy: Jennifer Ottolini

**CASE NO.: C-15-2172   JSW**
**TITLE: Marc Anderson et al., v. SeaWorld Parks and Entertainment**

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Udit Sood | John Simpson |
| Lindsay Barnhart | Lawrence Iser |
| Tracy Zinsou | |
| Christine Haskett | |

**PROCEEDINGS:**   1.   Motion for Summary Judgment
                    2.   Motion for Sanctions

**RESULTS:**   The Court *tentatively denies, in part, Defendant's Motion for Summary Judgment and reserves on remaining aspects*.  The Court reserves issuing a tentative ruling on the Motion for Sanctions.

The Court heard argument from counsel.
Plaintiff shall file a declaration re: Certificate of Interested Parties by 2-5-18.  Defendant may respond by 2-7-18.

The motions are taken under submission.  A written ruling shall issue.