UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANDERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEAWORLD PARKS AND ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 15-cv-02172-JSW<br><br>**ORDER REGARDING STATEMENT OF RECENT DECISION**<br><br>Dkt. No. 218 |

On June 19, 2018, Defendant filed a statement of recent decision regarding its pending motion for leave to file a motion for reconsideration: *Rugg v. Johnson & Johnson*, 17-cv-5010-BLF, 2018 WL 3023493 (N.D. Cal. June 18, 2018).  Until the Court rules on the pending motion for leave to file a motion for reconsideration, the Court ORDERS the parties to refrain from submitting opinions issued by District Courts to the Court for consideration.

**IT IS SO ORDERED.**

Dated: June 20, 2018

_____
JEFFREY S. WHITE
United States District Judge