UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANDERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEAWORLD PARKS AND ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 15-cv-02172-JSW (JCS)<br><br>**ORDER REGARDING ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**<br><br>Re: Dkt. Nos. 247, 248, 250, 268, 273 |

For the reasons stated in the parties' briefs and declarations, the administrative motions filed as docket entries 247, 248, 250, 268, and 273 are GRANTED.

This order is based on the "good cause" standard applicable to confidential discovery documents attached to nondispositive motions only tangentially related to the merits of the case, and should not be taken as a conclusion that "compelling reasons" would justify sealing these documents in a different context. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101–02 (9th Cir. 2016).

Going forward, the parties are reminded that unredacted versions of documents sought to be filed partially under seal must include highlighting to indicate the portions proposed to be redacted, a requirement that the parties satisfied with respect to some but not all of the documents at issue. *See* Civ. L.R. 79-5(d)(1)(D).

**IT IS SO ORDERED.**

Dated: February 6, 2019

JOSEPH C. SPERO
Chief Magistrate Judge