UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANDERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEAWORLD PARKS AND ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 15-cv-02172-JSW (JCS)<br><br>**ORDER UNSEALING ORDER DATED MAY 16, 2019**<br><br>Re: Dkt. No. 295 |

On May 16, 2019, the Court issued an order resolving a discovery dispute. *See* dkt. 295. Because portions of the order referred to information that the parties sought to seal in their joint discovery letter brief, the order was issued provisionally under seal, and stated that the parties could file proposed redactions no later than May 23, 2019. That date has passed, and no proposed redactions have been filed. The order dated May 16, 2019 is hereby UNSEALED.

**IT IS SO ORDERED.**

Dated: May 28, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge