UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC ANDERSON, et al.,

Plaintiffs,

v.

SEAWORLD PARKS AND ENTERTAINMENT, INC.,

Defendant.

Case No. 15-cv-02172-JSW

**ORDER TO DEFENDANT TO SHOW CAUSE WHY DOCUMENTS SHOULD NOT BE FILED IN THE PUBLIC RECORD**

Re: Dkt. No. 296

On May 24, 2019, Plaintiffs filed an administrative motion to seal relating to documents and testimony that Defendant has designated as confidential under the protective order. Defendant has not filed a declaration within the time period required under Northern District Civil Local Rule 79-5 to show that the documents are sealable. Accordingly, Defendant is HEREBY ORDERED TO SHOW CAUSE IN WRITING by no later than June 7, 2019, why the documents should not be filed in the public record. If Defendant fails to comply with that deadline, the Court will deny the motion to seal and will direct Plaintiff to re-file its opposition and all exhibits in the public record.

The Court also notes that citations to the record should not be redacted. If a parenthetical following or a quotation proceeding the citation contains confidential material, that is the only material that should be redacted. Plaintiffs' opposition brief does not comply with that requirement.

The Court will not require Plaintiffs to file a revised, redacted brief. However, if any party

//

//

//

fails to comply with this Order going forward, the Court will require revised briefs to be filed.

**IT IS SO ORDERED.**

Dated: June 4, 2011

_____
JEFFREY S. WHITE
United States District Judge