UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANDERSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SEAWORLD PARKS AND ENTERTAINMENT, INC.,<br><br>    Defendant. | Case No. 15-cv-02172-JSW<br><br>**ORDER VACATING DAUBERT HEARINGS AND VACATING PRETRIAL AND TRIAL AND DEADLINES ASSOCIATED WITH PRETRIAL AND TRIAL AND DIRECTING PARTIES TO MEET AND CONFER TO SET NEW DATES** |

Due to the Court's upcoming unavailability, the Court HEREBY VACATES the hearings set for July 12, 2019 and July 19, 2019 on the parties' *Daubert* motions, the pretrial conference, and the trial date. The Court will not modify the briefing schedules on the *Daubert* motions, so that if it determines the motions do not require a hearing, they will be ripe for review.

The Court VACATES all deadlines associated with pretrial filings, including the deadlines to exchange motions *in limine*. The parties are HEREBY ORDERED to meet and confer and by July 8, 2019, submit a stipulation setting forth new dates for: (1) the hearing on the *Daubert* motions, which shall be heard on the same day; (2) pretrial; and (3) trial. The deadlines for pretrial filings will be governed by the new pretrial date.

To provide guidance for the parties, the Court will be unavailable from: July 17, 2019 through and including August 9, 2019; September 9, 2019 through and including September 20, 2019; and October 7, 2019 through and including October 21, 2019.

In the stipulation contemplated by this Order, the parties should also address whether any further alternative dispute resolution procedures would be productive. The Court also advises the

parties that it reserves the right to require them to attend a settlement conference with a Magistrate Judge prior to trial.

**IT IS SO ORDERED.**

Dated: June 17, 2019

_____
JEFFREY S. WHITE
United States District Judge