UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANDERSON, et al., <br> Plaintiffs, <br> v. <br> SEAWORLD PARKS AND ENTERTAINMENT, INC., <br> Defendant. | Case No. 15-cv-02172-JSW <br><br> **ORDER TO PLAINTIFFS TO SHOW CAUSE WHY DOCUMENTS IDENTIFIED AS CONFIDENTIAL RE MOTION IN LIMINE TO EXCLUDE GALLEGO TESTIMONY SHOULD BE MAINTAINED UNDER SEAL** <br><br> Re: Dkt. No. 305 |

On June 7, 2019, Defendant filed a motion in limine to exclude the expert testimony of Dr. Pedro Javier Gallego, and filed an administrative motion to file portions of its motion and the exhibits in support thereof under seal. (Dkt. No. 305.) According to Defendant's motion to seal, certain materials were designated confidential by Plaintiffs and/or Dr. Gallego, although some of the materials also contain information that Defendant designated as confidential.

Neither Plaintiffs nor Dr. Gallego have filed a declaration pursuant to Northern District Civil Local Rule 79-5 in response to Defendant's motion. Accordingly, by no later than August 23, 2019, Plaintiffs and Dr. Gallego shall file declarations demonstrating why the documents they have designated as confidential should be maintained under seal. If Plaintiffs and Dr. Gallego do not submit declarations by that date, the Court will rule on the motion based solely on the information presented by Defendant.

**IT IS SO ORDERED.**

Dated: August 13, 2019

_____
JEFFREY S. WHITE
United States District Judge