UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC ANDERSON, et al.,

       Plaintiffs,

    v.

SEAWORLD PARKS AND
ENTERTAINMENT, INC.,

       Defendant.

Case No.  15-cv-02172-JSW

**ORDER TO DEFENDANT TO SHOW
CAUSE WHY DOCUMENTS
IDENTIFIED AS CONFIDENTIAL RE
MOTION TO BIFURCATE SHOULD
MAINTAINED UNDER SEAL**

Re: Dkt. No. 325

      On June 21, 2019, Plaintiffs filed their opposition to Defendant's motion to bifurcate and filed an administrative motion to file portions of its opposition and the exhibits in support thereof under seal on the basis that Defendant designated materials confidential.  (Dkt. No. 325.) Defendant has not filed a declaration demonstrating that those documents should be maintained under seal.  Accordingly, Defendant is HEREBY ORDERED TO SHOW CAUSE, by way of a declaration, why the documents should not be filed in the public record.  Defendant shall respond to this Order by August 20, 2019.  If Defendant fails to file a declaration by that date, the Court shall order Plaintiffs to file the materials in the public record.

      **IT IS SO ORDERED.**

Dated: August 13, 2019

_____
JEFFREY S. WHITE
United States District Judge