David Gee Kim
Covington and Burling LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306-2112
Telephone: 650-632-4723
Email: dkim@cov.com

*Attorney for Plaintiffs*
*MARC ANDERSON, KELLY NELSON,*
*and JULIETTE MORIZUR*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANDERSON, KELLY NELSON, and JULIETTE MORIZUR,<br><br>    Plaintiffs,<br><br>    v.<br><br>SEAWORLD PARKS AND ENTERTAINMENT, INC.,<br><br>    Defendant. | Case No.: 4:15-cv-02172-JSW-JCS<br>ORDER GRANTING<br><br>**MOTION FOR WITHDRAWAL OF ATTORNEY DAVID GEE KIM** |

## MOTION FOR WITHDRAWAL OF ATTORNEY DAVID GEE KIM

Pursuant to Local Rule 11-5, David Gee Kim an associate attorney at Covington & Burling LLP, respectfully requests leave to withdraw as counsel of record for Attorney for Plaintiffs Marc Anderson, Kelly Nelson, and Juliette Morizur in the related above-captioned matter.

1. David Gee Kim has accepted another employment opportunity and will no longer be affiliated with Covington & Burling, LLP.

2. Plaintiffs Marc Anderson, Kelly Nelson, and Juliette Morizur will continue to be represented by counsel of record Christine S. Haskett, Tracy O. Zinsou, Lindsey Barnhart, Udit Sood, Michael E. Bowlus, Sarah Guerrero, and Hakeem Rizk of Covington & Burling, LLP.

3. Pursuant to Local Rule 11-5(a), advance notice of this Motion to Withdraw has been given to the client Plaintiffs Marc Anderson, Kelly Nelson, and Juliette Morizur, and all other counsel of record in this matter.

Accordingly, David Gee Kim respectfully requests entry of an order granting leave to withdraw as counsel and relieving him of any further responsibility in these matters.

Dated: November 22, 2019

Respectfully submitted,
/s/ *David Gee Kim*

Attorney for Plaintiffs
MARC ANDERSON, KELLY NELSON,
and JULIETTE MORIZUR

The Court GRANTS the motion to withdraw, and it reminds counsel to electronically file proposed orders when seeking relief from the Court.

December 20, 2019



IT IS SO ORDERED
Judge Jeffrey S. White

MOTION FOR WITHDRAWAL OF ATTORNEY DAVID GEE KIM   1   Case No.: 4:15-cv-02172-JSW-JCS