UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY NELSON and JULIETTE MORIZUR,<br><br>        Plaintiffs,<br><br>  v.<br><br>SEAWORLD PARKS AND ENTERTAINMENT, INC.,<br><br>        Defendant. | Case No. 15-cv-02172-JSW<br><br>**JUDGMENT** |

For the reasons set forth in the Court's findings of fact and conclusions of law issued this date, the Court HEREBY ENTERS JUDGMENT in favor of Defendant and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: October 13, 2020

_____
JEFFREY S. WHITE
United States District Judge