United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEXA CONWAY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SEAWORLD PARKS AND ENTERTAINMENT, INC.,<br><br>　　　　Defendant. | Case No.　4:15-cv-02172-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON MOTION FOR ATTORNEYS FEES** |

　　　　YOU ARE HEREBY NOTIFIED that the hearing on the Motion for Attorneys Fees, scheduled on June 25, 2021 at 9:00 A.M. before the HONORABLE JEFFREY S. WHITE is vacated. A written ruling shall issue.

Dated: June 21, 2021

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By: _____*Jennifer Ottolini*_____
　　　　　　　　　　　　　　　　　　　Jennifer Ottolini, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　jswcrd@cand.uscourts.gov