# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY NELSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SEAWORLD PARKS AND ENTERTAINMENT, INC., <br><br> Defendant. | Case No. 15-cv-02172-JSW <br><br> **ORDER TO PLAINTIFFS TO SHOW CAUSE REGARDING MOTION TO SEAL** <br><br> Re: Dkt. No. 569 |

On January 19, 2021, Defendant filed an administrative motion to seal portions of its motion for attorneys' fees and exhibits thereto. Plaintiffs have not filed a declaration in response to that motion, although Defendant moved to seal portions of the record that Plaintiffs or non-party Earth Island Institute ("EII") designated as confidential. Plaintiffs are HEREBY ORDERED TO SHOW CAUSE by July 2, 2021, why the Court should not deny SeaWorld's motion as to any items that Plaintiffs or EII designated as confidential.

**IT IS SO ORDERED**.

Dated: June 28, 2021

_____
JEFFREY S. WHITE
United States District Judge